APPEARANCES OF COUNSEL

*Osborn, Reed & Burke, LLP,* Rochester (*Thomas J. Rzepka* of counsel), for appellants.

*Hodgson Russ LLP*, Albany (*Noreen DeWire Grimmick* of counsel), for respondents.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, for the reasons stated in the memorandum of the Appellate Division (34 AD3d 1189 [2006]).

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

In the Matter of SUSAN BABA, Appellant, v MARTIN EVANS et al., Respondents.

Submitted February 13, 2007; decided March 29, 2007

Motion for reconsideration of this Court's January 16, 2007 dismissal order denied [*see* 8 NY3d 839].

BANK OF NEW YORK, Petitioner, v NORILSK NICKEL et al., Respondents, and MONTER JOINT STOCK COMPANY, Appellant.

Submitted February 5, 2007; decided March 29, 2007

Motion to vacate this Court's July 6, 2006 dismissal order denied [*see* 7 NY3d 778].

BANK OF NEW YORK, Petitioner, v NORILSK NICKEL et al., Respondents, and MONTER JOINT STOCK COMPANY, Appellant.

Submitted March 12, 2007; decided March 29, 2007

Motion to seal denied.